## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORTH WAYNE DIVISION

| | | |
|---|---|---|
| DONALD P. WIES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  14 cv 187-RLM-RBC |
| | ) | |
| CAVALRY SPV I, LLC and WRIGHT, LERCH | ) | |
| & LITOW, LLP, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Cavalry SPV I, LLC ("Cavalry") and Wright, Lerch & Litow, LLP ("Wright") (collectively, "Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6) hereby move to dismiss Plaintiff's First Amended Complaint with prejudice. In support of this Motion, Defendants submit and expressly incorporate their Memorandum in Support of Their Motion to Dismiss Plaintiff's First Amended Complaint filed contemporaneously herewith.

Dated: September 2, 2014                       Respectfully submitted,

                                               CAVALRY SPV I, LLC and
                                               WRIGHT, LERCH & LITOW, LLP

                                       By:   /s/ Sulejman F. Dizdarevic
                                             One of its attorneys

Anna-Katrina S. Christakis
Sulejman F. Dizdarevic
Pilgrim Christakis LLP
53 West Jackson Boulevard, Suite 1515
Chicago, Illinois 60604
Ph. (312) 361-3457
Fax (312) 939-0983

## CERTIFICATE OF SERVICE

Sulejman F. Dizdarevic, an attorney, certifies that on September 2, 2014, he electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert E. Duff
Indiana Consumer Law Group
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, Indiana 46037
robert@robertdufflaw.com

/s/ Sulejman F. Dizdarevic